FILED
JUN 5 2023
U.S. BANKRUPTCY COURT
BY_____ DEPUTY

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
_____WACO_____ DIVISION

IN RE: Kristina Mereidth Wilson          CASE NO: 23-60271

## PRO SE FILING QUESTIONNAIRE

1. Did anyone assist you in completing your petition or schedules? If yes, answer 2, 3, and 4. If no, skip to 5.   ☑ Yes   ☐ No

2. Please provide their name, address, and phone number.

   Name BRETT JONES

   Business Name AMCF Estate

   Address _____

   Phone Number _____

3. If someone assisted you, have you paid or promised to pay that person a fee for assisting you in filing this petition or completing forms?   ☐ Yes   ☑ No

4. If so, what amount did you pay or promise to pay?   Amount $_____

5. Other than in question #2, have you paid or promised to pay anyone a fee in connection with filing this bankruptcy petition?   ☐ Yes   ☑ No

6. If so, what amount did you pay or promise to pay?   Amount $_____

I declare under penalty of perjury that the foregoing is true and correct.

Debtor                                          Joint Debtor
Kristina Mereidth Wilson                        _____
Print Name                                      Print Name

Kristina Mereidth Wilson                        _____
Signature of Pro Se Debtor                      Signature of Joint Pro Se Debtor