IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN THE MATTER OF:                                                  CASE NO. 23-60271

KRISTINA MEREIDTH WILSON

   DEBTOR                                                                   CHAPTER 13

## NOTICE OF APPEARANCE
## AND
## REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

    Notice is hereby given that Julie Anne Parsons, of McCreary, Veselka, Bragg & Allen, P.C., P. O. Box 1269, Round Rock, Texas 78680, will appear as counsel for Bell TAD in the above-entitled case and requests that service of notices and other documents be made upon this attorney of record.

Dated: June 7, 2023

                                                                       Respectfully submitted,

                                                                       MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
                                                                       Attorneys for Claimant, Bell TAD

                                                                       */s/Julie Anne Parsons*
                                                                       Julie Anne Parsons
                                                                       State Bar Number 00790358
                                                                       P.O. Box 1269
                                                                       Round Rock, Texas 78680
                                                                       Telephone: (512) 323-3200
                                                                       Fax: (512) 323-3205
                                                                       Email: jparsons@mvbalaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on June 7, 2023 I served a copy of the above Notice of Appearance And Request For Service Of Notices And Other Documents to Kristina Mereidth Wilson, 3007 Paintbrush Drive, Killeen, Texas 76542 by First Class U.S. Mail and that G. Ray Hendren, 4505 Spicewood Springs Rd Ste. 205, Austin, Texas 78759 was served electronically through the CM/ECF notification system.

                                                                       */s/Julie Anne Parsons*
                                                                       Julie Anne Parsons