# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 23−60271−mmp

Chapter No.: 13

Judge: Michael M Parker

IN RE: **Kristina Mereidth Wilson**, Debtor(s)

## NOTICE REGARDING NONCOMPLIANCE WITH BANKRUPTCY RULE 1007(B)(3)

Bankruptcy Rule 1007(b)(3) requires a consumer debtor who is an individual to file with the bankruptcy petition one of the following three documents:

    1. A certificate from an approved non−profit credit counseling agency confirming the debtor has received (within the 180−day period prior to filing the bankruptcy case) the briefing regarding the availability of credit counseling required by section 109(h)(1) of the Bankruptcy Code, OR

    2. If the debtor did not receive a briefing due to exigent circumstances, as described in section 109(h)(3), a certification, signed by the debtor, that describes exigent circumstances that merit waiver, see 11 U.S.C. § 109(h)(3), OR

    3. If the debtor did not obtain the briefing because the debtor is incapacitated, disabled, or in active military service, a request for determination of waiver, pursuant to 11 U.S.C. § 109(h)(4).

    You have not filed any of the foregoing documents in this case. By this notice, you are reminded that at least one of the foregoing documents must be filed in this case. See Rule 1007(b)(3), (c). Failure to file any of the foregoing documents affects your eligibility to be a debtor in this bankruptcy case.

Dated: 6/5/23

                                                      Barry D. Knight
                                                      Clerk, U. S. Bankruptcy Court

                                                      BY: Maxine McGee

**[Rule 1007 Notice]** [Ntcnc1007BK]

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 23-60271-mmp |
| Kristina Mereidth Wilson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-6 | User: admin | Page 1 of 1 |
| Date Rcvd: Jun 05, 2023 | Form ID: 263 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kristina Mereidth Wilson, 3007 Paintbrush Drive, Killeen, TX 76542-4620 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jun 07, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| G. Ray Hendren | courtmail@rayhendren13.com  courtmailbackup@rayhendren13.com |
| United States Trustee - WA12 | ustpregion07.au.ecf@usdoj.gov |

TOTAL: 2