UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

*In Re:*

Chapter 13
Case No. 23-60271-MMP-13

KRISTINA MEREIDTH WILSON, **Debtor,**
Planet Home Lending, LLC , **Creditor,**

## NOTICE OF APPEARANCE AND REQUEST TO RECEIVE NOTICES

Comes now BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP pursuant to Bankruptcy Rules 2002, 9007, 9008 and 9010, and files this Notice of Appearance and Demand for Service of Papers as Counsel for Planet Home Lending, LLC, party in interest in the captioned proceedings.

Request is hereby made that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case and in any cases consolidated herewith, be given to and served upon the undersigned attorneys at the address and telephone number as follows:

**BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP**
4004 Belt Line Rd Ste. 100
ADDISON, TX 75001
(972) 386-5040

This request encompasses all notices and pleadings including, without limitation, notices of any orders, motions, pleadings or requests, formal or informal applications, disclosure statement or plan of reorganization or any other documents brought before this Court in this case.

This Notice of Appearance shall not be construed as authorization to serve counsel

for Planet Home Lending, LLC with any summons and complaint or any service of process under Bankruptcy Rule 7001, et. seq. The undersigned firm will not accept service of process in any adversary case for Planet Home Lending, LLC.

BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP, additionally requests that the Debtor and the Clerk of the Court place the name and address of the undersigned attorney on any mailing matrix to be prepared or existing in the above-numbered case, and on any list of creditors to be prepared or existing in the above-numbered bankruptcy case.

        BARRETT DAFFIN FRAPPIER
        TURNER & ENGEL, LLP

BY: /s/ ABBEY U DREHER   06/14/2023
    ABBEY U DREHER
    TX NO. 24051459
    4004 Belt Line Rd Ste. 100
    ADDISON, TX 75001
    Telephone: (972) 386-5040
    Facsimile: (972) 661-7725
    E-mail: WDECF@BDFGROUP.COM
    ATTORNEY FOR CREDITOR

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2023, a true and correct copy of the Notice of Appearance and Request for Duplicate Notice was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

    Respectfully submitted,

    BARRETT DAFFIN FRAPPIER
    TURNER & ENGEL, LLP

BY: /s/ ABBEY U DREHER            06/14/2023
    ABBEY U DREHER
    TX NO. 24051459
    4004 Belt Line Rd Ste. 100
    ADDISON, TX 75001
    Telephone: (972) 386-5040
    Facsimile: (972) 661-7725
    E-mail: WDECF@BDFGROUP.COM
    ATTORNEY FOR CREDITOR

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTOR:**
KRISTINA MEREIDTH WILSON
3007 PAINTBRUSH DRIVE
KILEEN, TX 76542

**DEBTOR'S ATTORNEY:**
PRO SE

**TRUSTEE:**
G. RAY HENDREN
4505 SPICEWOOD SPRINGS RD
STE 205
AUSTIN, TX  78759