# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## Waco Division

**Bankruptcy Case No.:** 23−60271−mmp
**Chapter No.:** 13
**Judge:** Michael M Parker

**In Re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Kristina Mereidth Wilson
aka Kristina M Wilson, aka Kristina Wilson
3007 Paintbrush Drive
Killeen, TX 76542
**SSN/TAX ID:**
xxx−xx−8597

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered:

for Debtor on **6/21/23**                                    for Joint Debtor (if any) on **N/A**

Dated:  6/21/23

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Notice of Dismissal (BK)] [NtcDsmBKapac]