# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## Waco Division

**Bankruptcy Case No.:** 23−60271−mmp
**Chapter No.:** 13
**Judge:** Michael M Parker

**In Re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kristina Mereidth Wilson
aka Kristina M Wilson, aka Kristina Wilson
3007 Paintbrush Drive
Killeen, TX 76542
**SSN/TAX ID:**
xxx−xx−8597

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered:

   for Debtor on **6/21/23**                        for Joint Debtor (if any) on **N/A**

Dated: 6/21/23

                                                   Barry D. Knight
                                                   Clerk, U. S. Bankruptcy Court

**[Notice of Dismissal (BK)]** [NtcDsmBKapac]

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 23-60271-mmp |
| Kristina Mereidth Wilson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 21, 2023 | Form ID: ntcdsm | Total Noticed: 14 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kristina Mereidth Wilson, 3007 Paintbrush Drive, Killeen, TX 76542-4620 |
| 18479699 | + | De Cubas Lewis & Schwartz, 1999 N University Dr. Ste. 204, Coral Springs, FL 33071-6068 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | | Email/Text: ustpregion07.au.ecf@usdoj.gov | Jun 21 2023 23:04:00 | United States Trustee - WA12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| cr | | Email/Text: BNCnotices@bdfgroup.com | Jun 21 2023 23:03:00 | Planet Home Lending, LLC, 4004 Belt Line Rd., Ste. 100, Addison, TX 75001, UNITED STATES |
| 18479697 | + | EDI: GMACFS.COM | Jun 22 2023 02:48:00 | Ally Bank, 500 Woodard Avenue, Detroit, MI 48226-3416 |
| 18483551 | + | EDI: AISACG.COM | Jun 22 2023 02:48:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 18483211 | | Email/Text: BNCnotices@bdfgroup.com | Jun 21 2023 23:03:00 | PLANET HOME LENDING, LLC, C/O ABBEY DREHER, BDFTE, LLP, 4004 BELT LINE RD., STE. 100, ADDISON, TX 75001 |
| 18481236 | + | Email/Text: julie.parsons@mvbalaw.com | Jun 21 2023 23:04:00 | Bell TAD, c/o Julie Parsons, P.O. Box 1269, Round Rock, TX 78680-1269 |
| 18479698 | + | EDI: CAPONEAUTO.COM | Jun 22 2023 02:48:00 | Capital One Auto Finance, 7933 Preston RD., Plano, TX 75024-2302 |
| 18483553 | + | EDI: AISACG.COM | Jun 22 2023 02:48:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 18483189 | | EDI: CAPITALONE.COM | Jun 22 2023 02:48:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 18483222 | + | EDI: AIS.COM | Jun 22 2023 02:48:00 | Capital One N.A. by American InfoSource, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 18479696 | + | Email/Text: BKMAIL@planethomelending.com | Jun 21 2023 23:04:00 | Planet HomeLending, LLC, 321 Research Pkwy., Meriden, CT 06450-8301 |
| 18482154 | + | Email/Text: bankruptcy@regionalmanagement.com | Jun 21 2023 23:03:00 | REGIONAL MANAGEMENT CORPORATION, 979 BATESVILLE ROAD SUITE B, GREER, SC, GREER, SC 29651-6819 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a

23-60271-mmp Doc#13 Filed 06/23/23 Entered 06/23/23 23:25:47 Imaged Certificate of Notice Pg 3 of 3

| District/off: 0542-6 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 21, 2023 | Form ID: ntcdsm | Total Noticed: 14 |

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Bell TAD, c/o Julie Parsons, P.O. Box 1269, Round Rock, TX 78680-1269 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abbey Ulsh Dreher | on behalf of Creditor Planet Home Lending LLC wdecf@BDFGROUP.com, marshak@bdfgroup.com |
| G. Ray Hendren | courtmail@rayhendren13.com courtmailbackup@rayhendren13.com |
| Julie A. Parsons | on behalf of Creditor Bell TAD jparsons@mvbalaw.com vcovington@mvbalaw.com;kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com |
| United States Trustee - WA12 | ustpregion07.au.ecf@usdoj.gov |

TOTAL: 4