

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 21, 2023.**

_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

In Re:  Chapter 13

KRISTINA MEREIDTH WILSON

Case No. 23-60271-MMP

Debtor

ORDER FOR SUMMARY DISMISSAL

By his submission of this Order, the Trustee hereby certifies that pursuant to the Standing Order for Chapter 13 Case Administration for the Waco Division Effective in All Cases Filed On and After November 1, 2017, this case should be summarily dismissed for the following reason(s):

___  1. failure of the debtor to timely pay the filing fee;

_X_  2. failure of the debtor to timely file a plan or use the applicable Plan form

_X_  3. failure of the debtor to timely file Schedules;

___  4. unexcused failure of the debtor to appear at the scheduled Meeting of Creditors (Section 341 Meeting);

___  5. delinquency of the debtor of sixty (60) days or more days on payments under a proposed or confirmed plan;

___  6. failure of the debtor to comply with the provisions of a prior order which provides for such relief;

___  7. failure of the debtor to submit tax returns pursuant 11 U.S.C. § 521(e)(2); or

___  8. failure of the debtor to submit payment advices pursuant to § 521 (a)(1)(B)(iv).

IT IS THEREFORE ORDERED that the above-styled and numbered Chapter 13 Case shall be and hereby is, DISMISSED.

###

Created 5/6/2008
Modified 6/21/2023

Prepared and Submitted by
G. Ray Hendren, Chapter 13 Trustee
4505 Spicewood Springs Rd
Suite 205
Austin, TX 78759
(512) 474-6309

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 23-60271-mmp |
| Kristina Mereidth Wilson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 21, 2023 | Form ID: pdfintp | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kristina Mereidth Wilson, 3007 Paintbrush Drive, Killeen, TX 76542-4620 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BNCnotices@bdfgroup.com | Jun 21 2023 23:03:00 | Planet Home Lending, LLC, 4004 Belt Line Rd., Ste. 100, Addison, TX 75001, UNITED STATES |
| cr | + | Email/Text: julie.parsons@mvbalaw.com | Jun 21 2023 23:04:00 | Bell TAD, c/o Julie Parsons, P.O. Box 1269, Round Rock, TX 78680-1269 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abbey Ulsh Dreher | on behalf of Creditor Planet Home Lending LLC wdecf@BDFGROUP.com, marshak@bdfgroup.com |
| G. Ray Hendren | courtmail@rayhendren13.com courtmailbackup@rayhendren13.com |
| Julie A. Parsons | on behalf of Creditor Bell TAD jparsons@mvbalaw.com |

| | | |
|---|---|---|
| District/off: 0542-6 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 21, 2023 | Form ID: pdfintp | Total Noticed: 3 |

vcovington@mvbalaw.com;kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

United States Trustee - WA12
    ustpregion07.au.ecf@usdoj.gov

TOTAL: 4