UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

In re:                                                    Case No. 23-60271

KRISTINA MEREIDTH WILSON

Debtor(s)

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ray Hendren, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/05/2023.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 06/21/2023.

6) Number of months from filing or conversion to last payment: 0.

7) Number of months case was pending: 1.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$0.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$0.00** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CAPITAL ONE BANK | Unsecured | NA | 1,747.26 | 1,747.26 | 0.00 | 0.00 |
| REGIONAL MANAGEMENT CORP | Unsecured | NA | 2,882.57 | 2,882.57 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$4,629.83** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| Disbursements: | |
|---|---:|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$0.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/10/2023         By: /s/ Ray Hendren
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 23-60271-mmp |
| Kristina Mereidth Wilson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 10, 2023 | Form ID: pdfapac | Total Noticed: 13 |

The following symbols are used throughout this certificate:
**Symbol  Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kristina Mereidth Wilson, 3007 Paintbrush Drive, Killeen, TX 76542-4620 |
| 18479699 | + | De Cubas Lewis & Schwartz, 1999 N University Dr. Ste. 204, Coral Springs, FL 33071-6068 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BNCnotices@bdfgroup.com | Jul 10 2023 22:50:00 | Planet Home Lending, LLC, 4004 Belt Line Rd., Ste. 100, Addison, TX 75001, UNITED STATES |
| 18479697 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 10 2023 22:49:00 | Ally Bank, 500 Woodard Avenue, Detroit, MI 48226-3416 |
| 18483551 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 10 2023 22:52:53 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 18483211 | | Email/Text: BNCnotices@bdfgroup.com | Jul 10 2023 22:50:00 | PLANET HOME LENDING, LLC, C/O ABBEY DREHER, BDFTE, LLP, 4004 BELT LINE RD., STE. 100, ADDISON, TX 75001 |
| 18481236 | + | Email/Text: julie.parsons@mvbalaw.com | Jul 10 2023 22:50:00 | Bell TAD, c/o Julie Parsons, P.O. Box 1269, Round Rock, TX 78680-1269 |
| 18479698 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jul 10 2023 22:52:45 | Capital One Auto Finance, 7933 Preston RD., Plano, TX 75024-2302 |
| 18483553 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 10 2023 22:52:40 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 18483189 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 10 2023 22:52:52 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 18483222 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 10 2023 22:52:44 | Capital One N.A. by American InfoSource, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 18479696 | + | Email/Text: BKMAIL@planethomelending.com | Jul 10 2023 22:50:00 | Planet HomeLending, LLC, 321 Research Pkwy., Meriden, CT 06450-8301 |
| 18482154 | + | Email/Text: bankruptcy@regionalmanagement.com | Jul 10 2023 22:49:00 | REGIONAL MANAGEMENT CORPORATION, 979 BATESVILLE ROAD SUITE B, GREER, SC, GREER, SC 29651-6819 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Bell TAD, c/o Julie Parsons, P.O. Box 1269, Round Rock, TX 78680-1269 |

| | | |
|---|---|---|
| District/off: 0542-6 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 10, 2023 | Form ID: pdfapac | Total Noticed: 13 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2023         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abbey Ulsh Dreher | on behalf of Creditor Planet Home Lending LLC wdecf@BDFGROUP.com, marshak@bdfgroup.com |
| G. Ray Hendren | courtmail@rayhendren13.com courtmailbackup@rayhendren13.com |
| Julie A. Parsons | on behalf of Creditor Bell TAD jparsons@mvbalaw.com vcovington@mvbalaw.com;kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com |
| United States Trustee - WA12 | ustpregion07.au.ecf@usdoj.gov |

TOTAL: 4