Notice of Returned Mail to Debtor/Debtor's Attorney

August 10, 2023

From: United States Bankruptcy Court, Western District of Texas

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re: Kristina Mereidth Wilson, Case Number 23-60271, mmp

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS ONLY IF YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.**

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**U.S. BANKRUPTCY COURT**
**800 FRANKLIN AVE., SUITE 140**
**WACO, TX 76701-0**

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

Kristina Mereidth Wilson
3007 Paintbrush Drive
Killeen, TX 76542-4620

THE UPDATED ADDRESS IS:

Kristina Mereidth Wilson
3100 S WS Young Dr
PMB 10653
Killeen, TX 76547

_____   8/14/2023
Signature of Debtor or Debtor's Attorney        Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.